IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
F I L E D
JUN 2 4 2016
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| JASON KLINTWORTH, | ) |
| Plaintiff, | ) Case No. CJ-2016-02345 |
| vs. | ) Judge |
| DEMARCO METOYER | ) ATTORNEY LIEN CLAIMED |
| Defendant. | ) JURY TRIAL DEMANDED |

**PETITION**            JEFFERSON D. SELLERS

COMES NOW, Plaintiff, Jason Klintworth, by and through his attorneys of record, Savage O'Donnell Affeldt Weintraub & Johnson, by Adam Scott Weintraub and for his cause of action against Demarco Metoyer, and alleges and states as follows:

1. The events giving rise to this action occurred in Tulsa County, Oklahoma.

2. This Court has proper jurisdiction over the parties hereto.

3. This Court is a proper venue for this action.

4. That on or about March 9, 2016, at or near the intersection of I-44 and County Road (Elwood Avenue) Tulsa County, Oklahoma, Jason Klintworth ("Klintworth") was involved in an automobile collision with Defendant Demarco Metoyer ("Metoyer" or "Defendant").

5. The automobile collision was caused by the negligence of Defendant Metoyer.

6. Mr. Klintworth suffered serious personal injuries and damages as a result of the motor vehicle collision.

7. As a result of Defendant's negligence, Jason Klintworth incurred and will incur medical expenses, suffered and will suffer physical and mental pain, suffered and will suffer physical impairments and disabilities, and was otherwise injured and damaged, each in the amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

WHEREFORE, Plaintiff Jason Klintworth prays for judgment against the Defendant Demarco Metoyer in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, for the above-described damages in her favor, for attorney's fees and for all further relief the Court may deem just and equitable.


EXHIBIT 1

Respectfully submitted,

_____
Adam Scott Weintraub, OBA#13209
Savage, O'Donnell, Affeldt, Weintraub & Johnson
110 West 7th, Suite 1010
Tulsa, OK 74119
918-582-0582
918-587-8925 - facsimile